**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CLEMON KNOX**                                                  **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO. 3:23-cv-254-DPJ-FKB**

**MERRICK DAVIS**                                         **DEFENDANT**

**NOTICE OF REMOVAL**

**TO:**    John A. Waits MSB#99256
        MORGAN and MORGAN PLLC
        4450 Old Canton Road, Suite 200
        Jackson, Mississippi 39211

        Witt Fortenberry
        Simpson County Circuit Clerk
        P.O. Box 307
        Mendenhall, MS 39114

In accordance with 28 U.S.C. § 1446(b), you are hereby notified that the Defendant, Merrick Davis has removed this action from the Circuit Court of Simpson County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, and support this removal as follows:

1.     On March 10, 2023, the Plaintiff filed his Complaint against the Defendant, Merrick Davis, in the Circuit Court of Simpson County, Mississippi. A copy of the state court file is attached hereto as Exhibit "A."

2.     The instant Notice of Removal is timely filed pursuant to 28 U.S.C. section 1446(b).

3.     The aforementioned civil action is one of which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. section 1332, and the action may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. section 1441(a) and 28 U.S.C. section 1446(b) since it is a civil action wherein diversity of citizenship exists and wherein the matter in

controversy appears to exceed the sum or value of $75,000.00. While the Complaint pleads an unspecified total amount of damages, Plaintiff alleges damages of property loss, insurance and contract damages, medical damages, and extra contractual damages. The Complaint includes a bad faith claim and demand for an unspecified amount of punitive damages. *See Magruder*, 2019 WL 332719 at *2 ("The Complaint … includes claims for bad faith and demands punitive damages. Such claims are generally held to exceed the federal jurisdictional amount." (citations omitted)); *Haney v. Cont'l Cas. Co.*, 2008 WL 5111021, at *1 (S.D. Miss. Dec. 2, 2008) ("[F]ederal courts in Mississippi have held that claims for an unspecified amount of punitive damages exceed the jurisdictional amount." (citations omitted)). Accordingly, the jurisdictional amount in controversy is satisfied.

4. Diversity of citizenship does exist in this case. Plaintiff alleges in his Complaint that he is an adult resident of Jefferson Davis County, Mississippi. (See Exhibit A, Complaint at ¶ 1.) Defendant, Merrick Davis, resides in Jacksonville, Florida. Therefore, Merrick Davis is a citizen of Florida, and not Mississippi. Hence, complete diversity exists between the Plaintiff and the Defendant.

5. The entire state court record is attached as Exhibit "A."

6. The Defendant, Merrick Davis, is serving a copy of the Notice of Removal on the Plaintiff through his attorney of record and on the Circuit Clerk of Simpson County, Mississippi.

Respectfully submitted, this the 12th day of April, 2023.

                                           */s/ C. Maison Heidelberg*
                                           C. MAISON HEIDELBERG, MB #9559
                                           *Attorney for the Defendants*

OF COUNSEL:

HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, MS  39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com

<u>CERTIFICATE OF SERVICE</u>

  I, C. Maison Heidelberg, attorney for the Defendants, do hereby certify that I have this day served a true and correct copy of the above and foregoing document via the court's electronic filing system on the following:

John A. Waits MSB#99256
MORGAN and MORGAN PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211

Witt Fortenberry
Simpson County Circuit Clerk
P.O. Box 307
Mendenhall, MS 39114

THIS, the 12th day of April, 2023.

                <u>/s/ C. Maison Heidelberg</u>
                C. MAISON HEIDELBERG